Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 10-14208-CIV-GRAHAM/LYNCH

MARIA LEONIDES ARELLANO SALAZAR,

    Plaintiff,

vs.

APOLINAR ALVAREZ SEGURA,

    Defendant.
_____/

Under Seal

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Verified Emergency Motion for Ex-Parte Temporary Restraining Order [D.E. 4].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 6]. Judge Lynch issued a Report and Recommendation [D.E. 10] recommending that the Motion for Ex Parte Temporary Restraining Order be granted.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 10] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Verified Emergency Motion for Ex-Parte Temporary Restraining Order [D.E. 4] is **GRANTED**. The Respondent, Apolinar Alvarez Segura is

1) prohibited from removing the Petitioner's two children, identified in the pleadings as D.S. and A.S., from the Southern District of Florida or from allowing the children to leave the Southern District of Florida. For clarification purposes the Southern District of Florida encompasses the following counties: Indian River County, Martin County, Palm Beach County, Broward County, Dade County and Monroe County.

2) required to hand the children's passports over to the U.S. Marshal upon service of the Temporary Restraining Order, and

3) required to attend all court hearings with the children. It is further

**ORDERED AND ADJUDGED** that upon entry of this Order the Clerk of Court shall prepare a copy of the Verified Petition together with all attachments [D.E. 1], Memorandum of Law [D.E. 2], Verified Emergency Motion for TRO [D.E. 4] and this Order. The Clerk of Court shall direct the U.S. Marshal to serve them on the Respondent at the address listed by the Petition as: 1230 Ormond Ave., Fort Pierce, Florida 34950. The U.S. Marshal shall keep the Court apprised of the status by promptly filing a return of service. It

is further

**ORDERED AND ADJUDGED** that the Temporary Restraining Order and this case shall remain under seal until the U.S. Marshal files the return of service. It is further

**ORDERED AND ADJUDGED** that this Court shall set a hearing on the continued duration of the injunctive relief requested after the U.S. Marshal advises the Court of service on the Respondent.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of August, 2010.

                                              s/Donald L. Graham
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Frank J. Lynch